IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| POWERBAHN, LLC, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. |
| | : | 1:17-CV-02965-AT |
| FOUNDATION FITNESS LLC | : | |
| AND WAHOO FITNESS, LLC, | : | Special Master |
| | : | William H. Needle |
| Defendants. | : | |

# DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO EXCEED LOCAL RULE 7.1(D) PAGE LIMIT

Defendants Foundation Fitness LLC and Wahoo Fitness, LLC move for leave to file opening claim construction briefs pursuant to Local Patent Rule 6.5(a) of up to forty (40) pages, in excess of the twenty-five (25) page limit specified in Local Rule 7.1(D) for briefs filed in support of a motion, for the reasons set forth below.

1.  Opening Claim Construction briefs are due on December 1, 2017, and will address the disputed terms and phrases of Plaintiff POWERbahn, LLC's asserted patents.

2.  This case involves complicated patent issues, including two patents and fourteen (14) disputed claim terms / phrases that relate to exercise devices with virtual flywheel technology. The parties' briefs will not only have to discuss this

61214072.2

technology, but will also include discussions on claim construction law as well as indefiniteness. This analysis cannot be adequately accomplished in twenty-five (25) page opening brief.

3. Accordingly, Defendants move this Court for leave of Local Rule 7.1(D) to allow both parties to file an opening claim construction brief of up to forty (40) pages.

4. With respect to responsive claim construction briefs, Defendants anticipate that the twenty-five (25) page limit set forth in Local Rule 7.1(D) will be sufficient.

5. Counsel for Plaintiff has consented to this request.

6. A proposed Order is submitted concurrently with this Motion.

61214072.2

Dated: November 28, 2017                    Respectfully Submitted,

/s/ Keith J. Grady_____
Keith J. Grady
Admitted *pro hac vice*
kgrady@polsinelli.com
John M. Challis
Admitted *pro hac vice*
jchallis@polsinelli.com
Polsinelli PC
100 S. Fourth St., Suite 1000
St. Louis, MO 63102
Telephone: 314.889.8000
Facsimile: 314.231.1776


Joseph C. Sharp
Georgia Bar No. 637965
jsharp@polsinelli.com
William B. Hill, Jr.
Georgia Bar No. 354725
wbhill@polsinelli.com
Polsinelli PC
1201 West Peachtree Street, Suite 1100
Atlanta, GA 30309
Telephone: 404.253.6000
Facsimile: 404.253.6060

*Attorneys for Defendants*

61214072.2

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1(C)**

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing Unopposed Motion for Leave to Exceed Local Rule 7.1(D) Page Limitations has been prepared using one of the font and point selections approved by the Court in Local Rule 5.1(C). This document was prepared using Times New Roman (14 point).

November 28, 2017                         /s/ Keith J. Grady_____

                                      Keith J. Grady
                                      Admitted *pro hac vice*
                                      kgrady@polsinelli.com
                                      John M. Challis
                                      Admitted *pro hac vice*
                                      jchallis@polsinelli.com
                                      Polsinelli PC
                                      100 S. Fourth St., Suite 1000
                                      St. Louis, MO 63102
                                      Telephone: 314.889.8000
                                      Facsimile: 314.231.1776

61214072.2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 28, 2017, a true and correct copy of the foregoing was emailed to special master Willian H. Needle at bneedle3@gmail.com, and also filed with the Court, which will provide notice of service to the below counsel of record:

Matthew M. Wawrzyn
Admitted *pro hac vice*
matt@wawrzynlaw.com
Stephen C. Jarvis
Admitted *pro hac vice*
Stephen@wawrzynlaw.com
Wawrzyn & Jarvis, LLC
2700 Patriot Blvd, Suite 250
Glenview, IL 60026
Telephone: 847.656.5864
Facsimile: 312.283.8331

Matthew Harman
Georgia Bar No. 327169
mharman@harmanlaw.com
Eric Fredrickson
Georgia Bar No. 489783
efredrickson@harmanlaw.com
Harman Law Firm, LLC
3414 Peachtree Rd. NE, Suite 1250
Atlanta, GA 30326
Telephone: 404.554.0777
Facsimile: 404.424.9370

/s/ Keith J. Grady_____

61214072.2