IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| POWERBAHN, LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>FOUNDATION FITNESS LLC<br>AND WAHOO FITNESS, LLC,<br><br>        Defendants. | CIVIL ACTION NO.<br>1:17-CV-02965-AT |

# **HANSEN REYNOLDS LLC'S MOTION TO WITHDRAW AS COUNSEL FOR POWERBAHN, LLC**

I. INTRODUCTION

Hansen Reynolds LLC moves to withdraw as counsel for three reasons. First, POWERbahn has affirmatively requested that Hansen Reynolds withdraw under the terms of the retention agreement by failing to meet an obligation regarding its continued representation. Second, the relationship between POWERbahn LLC and Hansen Reynolds has deteriorated to the point that Hansen Reynolds cannot continue to provide ethical and zealous representation. Third, POWERbahn has not made any payment to Hansen Reynolds since May, 2018 and continued representation is likely constitute a substantial financial burden on the firm and the lawyers personally. Hansen Reynolds has advised both POWERbahn and the defendants (through counsel) that it intends to withdraw. POWERbahn has indicated that it expects to object to the motion to withdraw. Defendants were unable to confirm that that they would not object by the time this motion was filed.

II. BASIS FOR WITHDRAWAL

On February 16, 2018, POWERbahn and Hansen Reynolds entered into a retention agreement. POWERbahn was represented by independent counsel in connection with the negotiation of that retention agreement. Decl. at ¶ 2.[1] The retention agreement included a provision that POWERbahn was required to

---

[1] All citations are to the Declaration of Nicholas Boebel in Support of Hansen Reynolds LLC's Motion to Withdraw as Counsel for POWERbahn, LLC and exhibits thereto.

- 1 -

comply with no later than June 16, 2018. Decl. at ¶ 3. In the event that POWERbahn did not comply, the retention agreement stated that such noncompliance "shall be construed as an affirmative request by POWERbahn that the Firm withdraw from the cases constituting the Matter." Decl. at ¶ 3. POWERbahn did not comply with the terms of the retention agreement and has made an "affirmative request" that the Hansen Reynolds withdraw from representing POWERbahn. Decl. at ¶ 4.

Lead counsel for POWERbahn and POWERbahn's principle, Scott Radow, have had a complete breakdown in their working relationship. Decl. at ¶ 5. The breakdown had numerous causes, but the effect of the breakdown is that POWERbahn's interests can only be adequately and ethically served by successor counsel. Decl. at ¶ 5.

As of the filing of this motion to withdraw, POWERbahn has not made any payment to Hansen Reynolds since May 2018. The nature of the billing dispute is such that continued representation of POWERbahn is likely to impose a substantial financial hardship on Hansen Reynolds and lead counsel personally. Decl. at ¶ 6.

Hansen Reynolds has taken steps to protect POWERbahn's interests by 1) alerting POWERbahn that it expected to withdraw as counsel in this matter as early as July 18, 2018 by email; 2) formally informing POWERbahn by letter on

September 24, 2018 that it would withdraw from the above-captioned matter; 3) providing the pleading required by L.R. 83.1(E)(2)(b) no later than October 8, 2018 by both email and U.S. mail; 4) timing its motion to withdraw to correspond to the completion of briefing relating to claim construction; 5) offering to speak with successor counsel about the matter.  Decl. at ¶ 7.

Finally, as the relationship between POWERbahn and Hansen Reynolds has deteriorated, counsel at Taylor English have played an increasingly substantive role in the case.  The Taylor English attorneys are highly-qualfied patent infringement litigators and are fully capable of protecting POWERbahn's interests in the event that POWERbahn has not yet secured replacement counsel.

No Scheduling Order has been entered by the Court, the pretrial conference has not taken place, and there is no reason that withdrawal of counsel would delay trial in this matter.  L.R. 83.1(E)(1).

### III.   CONCLUSION

For the foregoing reasons, undersigned counsel requests that its motion to withdraw as counsel for plaintiff POWERbahn LLC be granted upon the completion of briefing relating to claim construction in this case.

Dated:  October 22, 2018 　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　s/ *Nicholas S. Boebel*
　　　　　　　　　　　　　　　　　Nicholas S. Boebel (*pro hac vice*)
　　　　　　　　　　　　　　　　　**Hansen Reynolds LLC**
　　　　　　　　　　　　　　　　　225 South Sixth Street, Suite 3900
　　　　　　　　　　　　　　　　　Minneapolis, MN 55402
　　　　　　　　　　　　　　　　　Telephone: (206) 268-9320

　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2018, the foregoing document and attachments were electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record in this action.  In addition, I hereby certify that the document and attachments were provided to Scott Radow, Manager, of POWERbahn LLC by email: scott@powerbahn.com and by U.S. Mail to:

Mr. Scott Radow
Manager, POWERbahn LLC
5615 Forest Circle
Reno, NV 89511

/s/ *Nicholas S. Boebel*
Nicholas S. Boebel