# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| POWERBAHN, LLC, | ) |
|         Plaintiff, | ) |
| v. | ) Case No. 1:17-CV-02965-AT |
| FOUNDATION FITNESS, LLC, WAHOO FITNESS, LLC, AND PATRICK WARNER, | ) |
|         Defendants. | ) |

## DEFENDANTS FOUNDATION FITNESS, LLC'S AND PATRICK WARNER'S MOTION FOR SUMMARY JUDGMENT

NOW COMES Defendants Foundation Fitness, LLC ("Foundation") and Patrick Warner ("Mr. Warner"), by and through its attorney, and hereby files its Motion for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1 on the grounds there are no genuine issues of any material fact, such that Foundation and Mr. Warner are entitled to judgment as a matter of law.  In support of this Motion, Foundation and Mr. Warner rely on the attached Statement of Uncontroverted Facts and the Exhibits attached thereto, as well as Foundation and Mr. Warner's Memorandum of Law in Support of Their Motion for Summary Judgment.

Respectfully submitted this 26th day of November, 2019.

/s/ Keith J. Grady
Keith J. Grady
Admitted *pro hac vice*
kgrady@polsinelli.com
Graham L. Day
Admitted *pro hac vice*
gday@polsinelli.com
Polsinelli PC
100 S. Fourth St., Suite 1000
St. Louis, MO 63102
Telephone: 314.889.8000
Facsimile: 314.231.1776

Joseph C. Sharp
Georgia Bar No. 637965
jsharp@polsinelli.com
Polsinelli PC
1201 West Peachtree Street, Suite 1100
Atlanta, GA 30309
Telephone: 404.253.6000
Facsimile: 404.253.6060

*Attorneys for Defendants Foundation Fitness, LLC and Patrick Warner*

## **CERTIFICATE OF FONT AND POINT SELECTION AND OF SERVICE**

The undersigned hereby certifies that the foregoing has been prepared with one of the font and point selections approved by the Court and that a copy of the foregoing was electronically filed with the Clerk of the Court for the United States District Court for the Northern District of Georgia using the CM/ECF system, which will send notification of such filing to registered counsel of record as identified on the Court's Docket as of November 26, 2019.

*/s/ Keith J. Grady*