# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| POWERBAHN, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:17-CV-02965-AT |
| FOUNDATION FITNESS, LLC, WAHOO FITNESS, LLC, AND PATRICK WARNER, | ) |
| Defendants. | ) |

## ORDER GRANTING DEFENDANTS'
## MOTION FOR RECONSIDERATION OF JANUARY 29, 2020 ORDER (DOC. 242) DENYING PLAINTIFF'S MOTION TO SEAL (DOC. 192)

Having considered Defendants' Motion for Reconsideration of January 29, 2010 Order (Doc. 242) Denying Plaintiff's Motion to Seal (Doc. 192), and for good cause appearing, the Court GRANTS the motion, and Orders that Exhibit A to the Motion be filed as Exhibit A to Plaintiff's Response to Defendant Patrick Warner's Motion to Dismiss (Doc. 191).

Dated this 11th day of February, 2020.

AMY TOTENBERG
UNITED STATES DISTRICT JUDGE