# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| POWERBAHN, LLC, | § |
| | § |
| Plaintiff, | § |
| | § C.A. NO. 1:17-CV-02965-AT |
| v. | § |
| | § |
| FOUNDATION FITNESS LLC, | § **JURY TRIAL DEMANDED** |
| WAHOO FITNESS, LLC, AND | § |
| PATRICK WARNER, | § |
| | § |
| Defendants. | |

## JOINT STATUS REPORT REGARDING CLAIMS BETWEEN POWERBAHN, LLC AND WAHOO FITNESS, LLC

Pursuant to the parties' March 6, 2023, Joint Status Report, POWERbahn, LLC ("POWERbahn") and Wahoo Fitness, LLC ("Wahoo") submit this updated Joint Status Report.

POWERbahn and Wahoo are pleased to report that they have executed final agreements to resolve all issues between them and expect to file a stipulation of dismissal of claims and counterclaims between POWERbahn and Wahoo within the next fifteen (15) days.

This 5th day of April, 2023.

                                                     */s/ Cortney S. Alexander*

Daniel A. Kent
  dankent@kentrisley.com
  Tel: (404) 585-4214
  Fax: (404) 829-2412
Stephen R. Risley
  steverisley@kentrisley.com
  Tel: (404) 585-2101
  Fax: (404) 389-9402
Cortney S. Alexander
  cortneyalexander@kentrisley.com
  Tel: (404) 855-3867
  Fax: (770) 462-3299
KENT & RISLEY LLC
5755 N Point Pkwy Ste 57
Alpharetta, GA 30022

Attorneys for Plaintiff

*/s/ Holmes J. Hawkins III*
Holmes J. Hawkins III
  Georgia Bar No. 338681
  hhawkins@kslaw.com
Russell E. Blythe
  Georgia Bar No. 141379
  rblythe@kslaw.com
**KING & SPALDING, LLP**
1180 Peachtree St., NE
Atlanta, GA 30309
Phone: (404) 572-4600
Facsimile: (404) 572-5136

*Attorneys for Defendant*
*Wahoo Fitness, LLC*