**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| POWERBAHN, LLC, § | |
| § | |
| Plaintiff, § | |
| § | C.A. NO. 1:17-CV-02965-AT |
| v. § | |
| § | |
| FOUNDATION FITNESS LLC, § | **JURY TRIAL DEMANDED** |
| WAHOO FITNESS, LLC, AND § | |
| PATRICK WARNER, § | |
| § | |
| Defendants. | |

**STATUS REPORT REGARDING CLAIMS BETWEEN POWERBAHN,
LLC, FOUNDATION FITNESS LLC, AND PATRICK WARNER**

Pursuant to the parties' March 6, 2023, Joint Status Report, POWERbahn, LLC ("POWERbahn") submits this Status Report regarding the claims in this litigation between POWERbahn, Foundation Fitness LLC ("Foundation"), and Patrick Warner ("Warner").

As referenced in the concurrently filed Joint Status Report Regarding Claims Between POWERbahn and Wahoo Fitness, LLC ("Wahoo"), POWERbahn and Wahoo have executed final agreements to resolve all issues between POWERbahn and Wahoo.

Separately, at the time the agreements were being finalized, counsel for Foundation and Warner expressed an interest in continuing to negotiate to reach a full resolution of all issues between them and POWERbahn.  For example, after the close of fact discovery Foundation introduced new products of its own, including a stationary bike product, that POWERbahn believes infringes one or more of the patents asserted in this action.  POWERbahn is also interested in continuing to discuss full resolution with Foundation.  To facilitate that discussion, POWERbahn has requested technical, sales, and revenue information concerning Foundation's new product.

POWERbahn therefore proposes to update the Court regarding the status of its discussions with Foundation and Warner in thirty (30) days.

This 5th day of April, 2023.

>*/s/ Cortney S. Alexander*
>Daniel A. Kent
>  dankent@kentrisley.com
>  Tel:  (404) 585-4214
>  Fax:  (404) 829-2412
>Stephen R. Risley
>  steverisley@kentrisley.com
>  Tel:  (404) 585-2101
>  Fax:  (404) 389-9402
>Cortney S. Alexander
>  cortneyalexander@kentrisley.com
>  Tel:  (404) 855-3867
>  Fax:  (770) 462-3299

- 3 -

KENT & RISLEY LLC
5755 N Point Pkwy Ste 57
Alpharetta, GA 30022

Attorneys for Plaintiff