# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| POWERBAHN, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Action File |
| ) | |
| vs. ) | No. 1:17-cv-02965-AT |
| ) | |
| FOUNDATION FITNESS LLC, ) | |
| WAHOO FITNESS, LLC, ) | |
| And PATRICK WARNER, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## STIPULATION OF DISMISSAL OF CLAIMS
## BETWEEN POWERBAHN AND WAHOO

IT IS HEREBY STIPULATED by Plaintiff POWERbahn LLC ("POWERbahn"), on the one hand, and Defendant Wahoo Fitness, LLC ("Wahoo"), on the other hand (POWERbahn and Wahoo collectively, the "Parties"), that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii):

1. All claims asserted by POWERbahn against Wahoo in the above-captioned action are dismissed with prejudice;

2. All claims (whether styled as "counterclaims" or otherwise) asserted by Wahoo against POWERbahn in the above-captioned action are dismissed with prejudice; and

3. Each of the Parties shall bear its own costs and attorneys' fees.

Respectfully submitted this 8th day of April, 2023.

| | |
|---|---|
| **KENT & RISLEY LLC** | **KING & SPALDING LLP** |
| /s/ *Cortney S. Alexander* | /s/ *Holmes J. Hawkins III* |
| Daniel A. Kent | Holmes J. Hawkins III |
| dankent@kentrisley.com |   Georgia Bar No. 338681 |
| Tel: (404) 585-4214 | Russell E. Blythe |
| Fax: (404) 829-2412 |   Georgia Bar No. 141379 |
| Stephen R. Risley | King & Spalding LLP |
| steverisley@kentrisley.com | 1180 Peachtree St. NE |
| Tel: (404) 585-2101 | Atlanta, GA 30309 |
| Fax: (404) 389-9402 | Tel: 404-572-4600 |
| Cortney S. Alexander | Fax: 404-572-5136 |
| cortneyalexander@kentrisley.com | hhawkins@kslaw.com |
| Tel: (404) 855-3867 | rblythe@kslaw.com |
| Fax: (770) 462-3299 | |
| 5755 N Point Pkwy Ste 57 | **ATTORNEYS FOR DEFENDANT** |
| Alpharetta, GA 30022 | **WAHOO FITNESS, LLC** |
| | |
| **ATTORNEYS FOR PLAINTIFF** | |
| **POWERBAHN, LLC** | |