# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| POWERBAHN, LLC, § | |
| § | |
| Plaintiff, § | |
| § | C.A. NO. 1:17-CV-02965-AT |
| v. § | |
| § | |
| FOUNDATION FITNESS LLC, § | **JURY TRIAL DEMANDED** |
| WAHOO FITNESS, LLC, AND § | |
| PATRICK WARNER, § | |
| § | |
| Defendants. | |

## STATUS REPORT REGARDING CLAIMS BETWEEN POWERBAHN, LLC, FOUNDATION FITNESS LLC, AND PATRICK WARNER

POWERbahn, LLC ("POWERbahn"), Foundation Fitness LLC ("Foundation"), and Patrick Warner ("Warner") submit this status report concerning the claims remaining among these parties in this case.

As reported to the Court in Document 357, POWERbahn's settlement with Wahoo did not resolve all disputes between the parties and as noted therein, at the time the agreements between POWERbahn and Wahoo were being finalized, counsel for Foundation and Warner expressed an interest in continuing to negotiate with POWERbahn to reach a full resolution of all issues between them. Specifically, Foundation had introduced a new stationary bike product, the SB20,

after the close of discovery.  The claims against Foundation and Warner in this case were not against Foundation's SB20, rather they were claims of contributory and induced infringement based on the assistance Foundation provided to Wahoo in development of the Wahoo products that POWERbahn alleged infringed the asserted patents. In response to Foundation's questions about the SB20, POWERbahn requested technical, sales, and revenue information concerning it (the SB20 product). Foundation elected not to participate in the settlement with Wahoo, and the claims and counterclaims between Foundation and POWERbahn were not dismissed. POWERbahn then provided Foundation with relevant patents: U.S. Pat. No. 7,608,015 and U.S. Pat. No.7,862,476 to facilitate discussion of a potential full resolution among the remaining parties.  Foundation has since requested that POWERbahn identify the patent claims that POWERbahn believes the SB20 infringes and also for POWERbahn's infringement analysis.  The technical, sales, and revenue information requested of Foundation by POWERbahn has not yet been provided, but the parties are continuing to discuss the identified issues and will further update the Court in thirty (30 days).

    This 5th day of May, 2023.

| /s/ Cortney S. Alexander | /s/ Keith J. Grady |
|---|---|
| Daniel A. Kent | Keith J. Grady -Admitted *Pro hac vice* |
| dankent@kentrisley.com | keith.grady@tuckerellis.com |
| Tel:  (404) 585-4214 | Tucker Ellis |

- 3 -

Fax:  (404) 829-2412
Stephen R. Risley
  steverisley@kentrisley.com
  Tel:  (404) 585-2101
  Fax:  (404) 389-9402
Cortney S. Alexander
  cortneyalexander@kentrisley.com
  Tel:  (404) 855-3867
  Fax:  (770) 462-3299
KENT & RISLEY LLC
5755 N Point Pkwy Ste 57
Alpharetta, GA 30022

*Attorneys for Plaintiff*

100 S. Fourth St.
St. Louis, MO 63102
Telephone: 314.571.4979
Facsimile: 314.256.2549

*Attorneys for Defendants Foundation Fitness, LLC, and Patrick Warner*